# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANGEL SULLIVAN-BLAKE and HORACE CLAIBORNE, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

    Defendant

CIVIL ACTION NO. 2:18-cv-01698-CRE

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Issuance of Notice Under § 216(b) of the FLSA, Plaintiffs' accompanying brief, Defendants' opposition papers, and all other papers and proceedings herein, it is hereby ORDERED that the following collective is conditionally certified pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b):

> All individuals (outside Massachusetts) who worked as a FedEx delivery driver under an independent service provider (ISP) since August 29, 2014, who operated a vehicle weighing less than 10,001 pounds at any time since August 29, 2014, and were not paid overtime compensation for all hours worked over forty each week.

Defendant is ordered to provide Plaintiffs' counsel with a spreadsheet (preferably in Excel format) listing the name, last known address, and e-mail address of every member of the conditionally certified FLSA collective.

Plaintiffs shall issue the notice form attached to their motion as Exhibit F by first-class mail and email, with a reminder notice to be sent after 30 days. The notice period shall last 60 days from the date of the first notice.

1

2

IT IS SO ORDERED.


Date: _____                    _____

                                           Hon. Cynthia R. Eddy
                                           United States Magistrate Judge