# EXHIBIT A

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: Kalie Adamson

Address: ▮▮▮▮▮▮▮

Telephone: ▮▮▮▮▮▮▮ (home); ▮▮▮▮▮▮▮ (cell)

Email: ▮▮▮▮▮▮▮

1. I have been employed as a delivery driver for FedEx Ground in Grand Forks (city), North Dakota (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: /s/ Kalie Adamson (DocuSigned)    Date: 3/21/2019

DocuSign Envelope ID: BD48D186-CEE2-4769-889F-9E4684399E0D

DocuSign Envelope ID: 6B7D0227-AF62-45AF-A00B-3E7BE944D581

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: ALYSSA BROWN

Address: [redacted]

Telephone: [redacted] (home); [redacted] (cell)

Email: [redacted]

1. I have been employed as a delivery driver for FedEx Ground in Sun Valley (city), California (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *Alyssa Brown* (DocuSigned)

Date: 3/14/2019

DocuSign Envelope ID: 8FD8C9BC-95BA-4887-BD2F-57C1EF596975

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: Robert Chriestenson

Address: ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮

Telephone: ▮▮▮▮▮▮▮ (home); ▮▮▮▮▮▮▮ (cell)

Email: ▮▮▮▮▮▮▮▮▮▮

1. I have been employed as a delivery driver for FedEx Ground in <u>Texarkana</u> (city), <u>Ar</u> (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *[DocuSigned by: Robert Chriestenson, 415E03A00AE8425]*

Date: 3/20/2019

DocuSign Envelope ID: 72F9D338-AF66-4CAF-8D58-0700BAD501E7

# CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: Luis Cruz

Address: ▮▮▮▮▮▮▮▮▮▮

Telephone: ▮▮▮▮▮▮ (home); ▮▮▮▮▮▮ (cell)

Email: ▮▮▮▮▮▮▮▮▮▮

1. I have been employed as a delivery driver for FedEx Ground in  Tampa (city), Florida (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *Luis Cruz* (DocuSigned by: DCD5BBEA036A4FA...)  Date: 3/19/2019

DocuSign Envelope ID: 8CCE1B64-123B-460B-9AE0-BB9F4C94386E

# CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: cheral easley

Address: ▮▮▮▮▮

▮▮▮▮▮

Telephone: ▮▮▮▮▮ (home); ▮▮▮▮▮ (cell)

Email: ▮▮▮▮▮

1. I have been employed as a delivery driver for FedEx Ground in <u>texarkana</u> (city), <u>arkansas</u> (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *cheral easley* (DocuSigned by) Date: 3/21/2019

DocuSign Envelope ID: 36F2E48C-9973-44BB-9903-0CE3C5C991E6

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: Karissa Floyd

Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Telephone: ▮▮▮▮▮▮ (home); ▮▮▮▮▮▮ (cell)

Email: ▮▮▮▮▮▮▮▮▮▮

1. I have been employed as a delivery driver for FedEx Ground in Pearl (city), Mississippi (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *Karissa Floyd* (DocuSigned, EF68D36DB23041D)

Date: 3/14/2019

DocuSign Envelope ID: BA80C711-4971-424C-90F7-D487D0811596

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: Matthew Hambly

Address: ▮▮▮▮▮▮▮

▮▮▮

Telephone: ▮▮▮▮▮▮ (home); ▮▮▮▮▮▮ (cell)

Email: ▮▮▮▮▮▮

1. I have been employed as a delivery driver for FedEx Ground in Sparks (city), Nv (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: _DocuSigned by_ /s/ Matthew Hambly  Date: 3/20/2019

DocuSign Envelope ID: 3A780109-5CC8-46F2-B0D9-F49ADCEFA3CC

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: Jessica Johnson

Address: ███

Telephone: ███ (home); ███ (cell)

Email: ███

1. I have been employed as a delivery driver for FedEx Ground in <u>Kennesaw</u> (city), <u>Georgia</u> (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *DocuSigned by* /s/ [A7EF12973FAF4DC...]   Date: 3/16/2019

DocuSign Envelope ID: 8C29E604-E440-42FF-86AA-08D7C3A2350D

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: Gregory Lee

Address: ███████████

Telephone: ███████ (home); ███████ (cell)

Email: ███████████

1. I have been employed as a delivery driver for FedEx Ground in <u>Columbia</u> (city), <u>SC</u> (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *Gregg Lee* (DocuSigned)  Date: 3/20/2019

DocuSign Envelope ID: D3F40B54-4840-46CB-A823-6793349E7828

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: Matthew Luehm

Address: ███████████

███████████

Telephone: ███████████ (home); ███████████ (cell)

Email: ███████████

1. I have been employed as a delivery driver for FedEx Ground in <u>Hunker</u> (city), <u>Pa</u> (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *[DocuSigned by: Matthew Luehm, 911ACB3866D5465...]*   Date: 3/14/2019

DocuSign Envelope ID: 6156027A-8A67-4CF1-B32B-4C84929ECFD6

# CONSENT TO JOIN COLLECTIVE ACTION
## Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: Gabriel Monteiro

Address: ███████████████

███████████████

Telephone: ███████████ (home); ███████████ (cell)

Email: ███████████████

1.  I have been employed as a delivery driver for FedEx Ground in <u>Troutdale</u> (city), <u>Oregon</u> (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2.  Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3.  As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4.  I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5.  I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *DocuSigned by: [signature] 27D304AF8F004E2...*

Date: 3/20/2019

DocuSign Envelope ID: 18E963F6-5278-4B2E-8ED1-2A5DDEF80923

# CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.
(W.D. Pa.)

Name: Dakota Moore

Address: ███████████████

███████████████

Telephone: ████████ (home); ████████ (cell)

Email: ████████████████

1. I have been employed as a delivery driver for FedEx Ground in __Greeley__ (city), __Colorado__ (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *Dakota Moore* (DocuSigned by: 91936CF8C1404AC...)    Date: 3/18/2019

DocuSign Envelope ID: 48145766-4B92-4837-AB3D-FC0C0F6D08AC

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: Kevin Parker

Address: ███████████

Telephone: ███████ (home); ███████ (cell)

Email: ███████████

1. I have been employed as a delivery driver for FedEx Ground in Kevin Parker (city), Wheeling Ill (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *Kevin Parker* (DocuSigned by, 1CF17DF7E85E468...)   Date: 3/14/2019

# CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.
(W.D. Pa.)

Name: Nathan Runner

Address: ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

Telephone: ▮▮▮▮▮▮▮▮ (home); ▮▮▮▮▮▮▮▮ (cell)

Email: ▮▮▮▮▮▮▮▮

1. I have been employed as a delivery driver for FedEx Ground in Fort Worth (city), Texas (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: _DocuSigned by:_ /s/ [F69D596B586D446]  Date: 3/18/2019

DocuSign Envelope ID: CD1E50C0-5799-487F-BE4B-DE3C479E4373

# CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: Brandi Stuehrenberg

Address: ▮▮▮▮▮▮▮

Telephone: ▮▮▮▮▮▮▮ (home); ▮▮▮▮▮▮▮ (cell)

Email: ▮▮▮▮▮▮▮

1. I have been employed as a delivery driver for FedEx Ground in <u>3 years</u> (city), <u>Texarkana Arkansas</u> (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *[DocuSigned signature]* Date: 3/19/2019

DocuSign Envelope ID: F23BB601-0B40-488C-B352-CFB4A46B508F

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: Edgar David Trujillo

Address: ███

███

Telephone: ███ (home); ███ (cell)

Email: ███

1. April 2017 I have been employed as a delivery driver for FedEx Ground in _____(city), Fort Worth Tx (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: _DocuSigned by:_ /s/ [signature] 74D1E8D10EE04D6...    Date: 3/15/2019

DocuSign Envelope ID: 245042DC-F402-4B4A-BEC5-B658992EE81A

# CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: Evan Van Note

Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

Telephone: ▮▮▮▮▮▮▮ (home); ▮▮▮▮▮▮▮ (cell)

Email: ▮▮▮▮▮▮▮▮▮▮▮▮

1. I have been employed as a delivery driver for FedEx Ground in Dover (city), NJ (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *Evan Van Note* (DocuSigned, 2B5678ADEDAF446)

Date: 3/20/2019

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: Brad Vigneaux

Address: ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮

Telephone: ▮▮▮▮▮▮ (home); ▮▮▮▮▮▮ (cell)

Email: ▮▮▮▮▮▮▮▮▮▮

1. I have been employed as a delivery driver for FedEx Ground in Springfield (city), Missouri (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: */s/ Brad Vigneaux* (DocuSigned)

Date: 3/18/2019

DocuSign Envelope ID: 4BE363DA-129C-4D70-A155-C6C8B9D1BBFA

DocuSign Envelope ID: 0EF4C8DA-F99E-4A1F-AE19-5043EE5787B8

# CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: Chris Watts

Address: ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮, ▮▮▮▮

Telephone: ▮▮▮▮▮▮▮ (home); ▮▮▮▮▮▮▮ (cell)

Email: ▮▮▮▮▮▮▮▮▮▮

1. I have been employed as a delivery driver for FedEx Ground in <u>Enid</u> (city), <u>Oklahoma</u> (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *Chris Watts* (DocuSigned)    Date: 3/20/2019