# EXHIBIT A

DocuSign Envelope ID: AE19EEDE-239F-4185-A28A-8A4542D868B2

# CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: John Hounshell

Address: ███

███

Telephone: ███ (home); ███ (cell)

Email: ███

1. I have been employed as a delivery driver for FedEx Ground in Theodore /Mobile (city), Alabama (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *DocuSigned by: John D. Hounshell / 785C908858C744E...*   Date: 7/10/2019

DocuSign Envelope ID: 171F606E-8044-4A88-8780-46814576BE3C

# CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: Tayveus McClelland

Address: ███

███

Telephone: ███ (home); ███ (cell)

Email: ███

1. I have been employed as a delivery driver for FedEx Ground in <u>Hickory</u> (city), <u>North Carolina</u> (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *DocuSigned by:* /s/ Tayveus McClelland  A149C0C42CCE4D9...

Date: 7/10/2019

DocuSign Envelope ID: E1EE50A6-6493-4771-BB86-3E52C86D040C

# CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: Rafael Antonio odreman Zarzalejo

Address: ███

Telephone: ███ (home); ███ (cell)

Email: ███

1. I have been employed as a delivery driver for FedEx Ground in <u>Newton</u> (city), <u>NC</u> (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *[DocuSigned signature]* 64A619F740D3453...

Date: 7/11/2019

DocuSign Envelope ID: 16A1FD02-05D4-4539-B551-7A4A00A958A8

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: Keith Strege Jr

Address: ███████████

███████████

Telephone: ███████ (home); ███████ (cell)

Email: ███████████

1. I have been employed as a delivery driver for FedEx Ground in <u>Lowell</u> (city), <u>Arkansas</u> (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: */s/ Keith Strege* (DocuSigned) Date: 7/11/2019

DocuSign Envelope ID: 0E68E59A-CDE0-4CD6-BD5A-9C4EF2797951

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)**
<u>Angel Sullivan-Blake et al. v. FedEx Ground Package System, Inc.</u>
(W.D. Pa.)

Name: Christina Uszcienski

Address: ███

Telephone: ███ (home); ███ (cell)

Email: ███

1. I have been employed as a delivery driver for FedEx Ground in <u>Chsmpsign</u> (city), <u>Illinois</u> (state) through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time since August 29, 2014.

2. Although I get paid by an intermediary ISP, FedEx Ground controls all of my work, including dictating policies and procedures, providing the packages I deliver, and setting rules I must follow.

3. As a FedEx Ground driver (paid through an ISP), I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

4. I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116; Winebrake & Santillo, LLC, Twining Office Center, Suite 211, 715 Twining Rd., Dresher, PA 19025; The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, CO 80528; and Lujan Law Office, 1603 Capitol Ave., Suite 310 A559, Cheyenne, WY 82001 in this action, along with other counsel with whom the firms may co-counsel.

5. I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *Christina Uszcienski* (DocuSigned by: FE7D841AE782402...)

Date: 7/10/2019