# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL SULLIVAN-BLAKE and HORACE CLAIBORNE, on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>      Defendant. | CIVIL ACTION<br><br>No. 2:18-cv-01698-RJC |

## PROPOSED CASE MANAGEMENT ORDER

Pursuant to the Court's order of April 2, 2020, the parties have conferred regarding discovery that they can begin now related to Plaintiffs and the 57 current opt-ins as well as to FedEx Ground. They submit the following proposed case management order for this stage of discovery. Plaintiffs are prepared to send opt-in notice as soon as the Court resolves the pending disputes.

1.      Per agreement between the parties, FedEx Ground will be providing information in the questionnaires regarding the information its DOT data shows for current 57 opt-in drivers. As a result, FedEx Ground's completion of the questionnaires will take some time.

2.      FedEx Ground will have the completed 57 questionnaires no later than May 29, 2020. FedEx Ground will work with Plaintiffs' counsel to provide the draft questionnaires as and when they are completed, for review and approval, leading up to May 29. FedEx Ground has already served written discovery on the two named Plaintiffs.

3.      The deadline for the two named Plaintiffs and the 57 opt-in drivers' completion of the questionnaires and production of documents is August 28, 2020. Plaintiffs' counsel agrees to provide completed questionnaires and documents on a rolling basis when they are completed leading up to August 28 so that FedEx Ground can begin to review them for deposition purposes.

4.      Plaintiffs will serve additional discovery (taking into consideration the information FedEx Ground will already be providing in the questionnaires) on FedEx Ground related to the named Plaintiffs and 57 opt ins no later than May 29, 2020. FedEx Ground will likewise produce the requested discovery on a rolling basis as it is completed, with its deadline for completion also being August 28, 2020.

5.      Neither side waives their right to request and conduct additional discovery. The parties agree to confer regarding depositions and additional opt-in discovery once notice has gone out and the opt-in period has closed, and submit a proposal to the Court regarding that additional discovery no later than 45 days after the opt-in period closes.

The parties are working cooperatively and expeditiously to complete discovery in this case and, therefore, respectfully request that the Court enter the above proposed case management order for this portion of the case.

Dated: April 10, 2020

Respectfully submitted,


*/s/ Jessica G. Scott*

Jessica G. Scott
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone:     303.244.1800
Facsimile:     303.244.1879
Email: scott@wtotrial.com

Joseph P. McHugh
FedEx Ground Package System, Inc.
1000 FedEx Drive
Moon Township, PA 15108
Telephone:     (412) 859-5917
Facsimile:     (412) 859-5450
Email: joseph.mchugh@fedex.com

Attorneys for Defendant
FedEx Ground Package System, Inc.

/s/ *Michelle Cassorla*
_____
Shannon Liss-Riordan (*pro hac vice*)
Michelle Cassorla (*pro hac vice*)
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
Telephone:     617.994.5800
Email: sliss@llrlaw.com
           mcassorla@llrlaw.com

Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, Pennsylvania  19025
Telephone:     215.884.2491
Email: pwinebrake@winebrakelaw.com

Dustin Lujan (*pro hac vice*)
Lujan Law Office
1603 Capitol Avenue Suite 310, A559
Cheyenne, WY  82001
(970) 999-4225
wyoadvocate@gmail.com

Brian Gonzales (*pro hac vice*)
The Law Offices of Brian D. Gonzales, PLLC
2580 East Harmony Road, Suite 201
Fort Collins, CO  80528
(970) 214-0562
bgonzales@coloradowagelaw.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on April 10, 2020, I electronically filed the foregoing **PROPOSED CASE MANAGEMENT ORDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michelle Cassorla**
  mcassorla@llrlaw.com

- **Brian D. Gonzales**
  BGonzales@ColoradoWageLaw.com

- **Mark J. Gottesfeld**
  mgottesfeld@winebrakelaw.com

- **Shannon Liss-Riordan**
  sliss@llrlaw.com, courts@llrlaw.com

- **Dustin T. Lujan**
  wyoadvocate@gmail.com

- **Joseph P. McHugh**
  joseph.mchugh@fedex.com, susan.kernen@fedex.com, amy.chambers@fedex.com

- **Jessica G Scott**
  scott@wtotrial.com, umaguing@wtotrial.com

- **Peter Winebrake**
  pwinebrake@winebrakelaw.com


*s/ Jessica G. Scott*