IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL SULLIVAN-BLAKE and HORACE CLAIBORNE, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | CIVIL ACTION<br><br>No. 2:18-cv-01698-RJC |

**JOINT STATUS REPORT**

Pursuant to the Court's order of April 10, 2020, Dkt. 152, the parties submit the following joint status report to advise the Court of the current status of discovery:

1. The parties are proceeding on schedule with the discovery of the initial 57 opt-ins outlined in the parties' previous report.  See Dkt. 151.

2. Notice was issued in this case on June 16, 2020.  Accordingly, the opt-in period closes today, August 14, 2020.

3. Given the volume of opt-ins and logistical delays related to processing the opt-in forms, Plaintiffs estimate that the parties will not know the identities of all opt-ins until September 8, 2020.

4. Accordingly, pursuant to the parties' previous proposal, the parties intend to confer regarding representative discovery after this date and will submit a joint proposal (or competing proposals if they are unable to agree) no later than October 23, 2020, or 45 days after September 8, 2020.

Dated: August 14, 2020                    Respectfully submitted,

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan (*pro hac vice*)
Michelle Cassorla (*pro hac vice*)
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
Telephone:     617.994.5800
Email: sliss@llrlaw.com
           mcassorla@llrlaw.com

Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, Pennsylvania  19025
Telephone:     215.884.2491
Email: pwinebrake@winebrakelaw.com

Brian Gonzales (*pro hac vice*)
The Law Offices of Brian D. Gonzales, PLLC
2580 East Harmony Road, Suite 201
Fort Collins, CO  80528
(970) 214-0562
bgonzales@coloradowagelaw.com

Dustin Lujan (*pro hac vice*)
Lujan Law Office
1603 Capitol Avenue Suite 310, A559
Cheyenne, WY  82001
(970) 999-4225
wyoadvocate@gmail.com

*Attorneys for Plaintiffs*

/s/ *Jessica G. Scott*
Jessica G. Scott
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone:    303.244.1800
Facsimile:    303.244.1879
Email: scott@wtotrial.com

>Joseph P. McHugh
>FedEx Ground Package System, Inc.
>1000 FedEx Drive
>Moon Township, PA 15108
>Telephone:     (412) 859-5917
>Facsimile:      (412) 859-5450
>Email: joseph.mchugh@fedex.com
>
>*Attorneys for Defendant*
>*FedEx Ground Package System, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by electronic filing on August 14, 2020, on all counsel of record.

>*/s/ Shannon Liss-Riordan*
>Shannon Liss-Riordan