IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL SULLIVAN-BLAKE and HORACE CLAIBORNE, on behalf of themselves and others similarly situated, | : : : : : |
| Plaintiffs, | : Civil Action No. 2:18-cv-01698-RJC : |
| v. | : : |
| FEDEX GROUND PACKAGE SYSTEM, INC., | : : : |
| Defendant | : : |

## JOINT STATUS REPORT

The parties submit the following joint status report to advise the Court of the current status of discovery:

1. In the parties' previous report, Dkt. 170, Plaintiffs estimated that the parties would know the identities of opt-ins in this matter by September 8, 2020, and that the parties would confer and submit joint (or competing) proposals for representative discovery of these opt-ins no later than October 23, 2020.

2. Plaintiffs filed their most recent Notice of Filing of Opt-In Forms on September 22, 2020. Dkt. 184.

3. Accordingly, the parties require additional time to confer and submit joint (or competing) proposals for representative discovery of the opt-ins. The parties therefore propose filing such proposal(s) with the Court no later than November 16, 2020.

4.  The parties are also proceeding with the written discovery of the initial 57 opt-ins as outlined in the parties' previous report.  See Dkt. 151.  Plaintiffs' counsel has been able to provide FedEx Ground with completed questionnaires from a significant number of drivers but has encountered unexpected delays in obtaining documents and completed questionnaires from many of these drivers.  Additionally, despite several months of efforts, Plaintiffs' counsel has been unable to reach some of the drivers to obtain their questionnaire responses and ultimately may not be able to obtain them.  The parties have been working cooperatively on these issues thus far and will continue to confer as to how to resolve them.   The parties will file a proposed revised schedule for discovery of these opt-ins no later than November 16, 2020.

Dated: October 23, 2020    Respectfully submitted,

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan (*pro hac vice*)
Michelle Cassorla (*pro hac vice*)
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
Telephone:    617.994.5800
Email:  sliss@llrlaw.com
            mcassorla@llrlaw.com

Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, Pennsylvania  19025
Telephone:    215.884.2491
Email: pwinebrake@winebrakelaw.com

Brian Gonzales (*pro hac vice*)
The Law Offices of Brian D. Gonzales, PLLC
2580 East Harmony Road, Suite 201

Fort Collins, CO 80528
(970) 214-0562
bgonzales@coloradowagelaw.com

Dustin Lujan (*pro hac vice*)
Lujan Law Office
1603 Capitol Avenue Suite 310, A559
Cheyenne, WY 82001
(970) 999-4225
wyoadvocate@gmail.com

*Attorneys for Plaintiffs*

/s/ Jessica G. Scott
Jessica G. Scott
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone:	303.244.1800
Facsimile:	303.244.1879
Email: scott@wtotrial.com

Joseph P. McHugh
FedEx Ground Package System, Inc.
1000 FedEx Drive
Moon Township, PA 15108
Telephone:	(412) 859-5917
Facsimile:	(412) 859-5450
Email: joseph.mchugh@fedex.com

*Attorneys for Defendant*
*FedEx Ground Package System, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by electronic filing on October 23, 2020, on all counsel of record.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan