## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ANGEL SULLIVAN-BLAKE and HORACE CLAIBORNE, on behalf of themselves and others similarly situated, | : : : : : : | |
| Plaintiffs, | : : | Civil Action No. 2:18-cv-01698-CRE |
| v. | : : | |
| FEDEX GROUND PACKAGE SYSTEM, INC., | : : : : | |
| Defendant | : : | |

### NOTICE OF WITHDRAWAL OF OPT-IN CONSENT FORMS

Plaintiffs hereby withdraw the Opt-In Consent Forms on behalf of the following individuals:

- Alyssa Brown
- Amir Razavi
- Angelo Miller
- Anthony Armstrong
- Ben Zegarelli
- Brandon Bond
- Brian Hornbuckle
- Chris Foster
- David M. Dario
- Debbie Reetz
- Debra Gonzalez
- Donovon Cowley
- Edgar David Trujillo
- Emmett Burroughs
- Eric Stenson
- Gary Winnie
- Gregory Spease
- Jake Miller
- James Linett
- Jeffrey Reetz

1

- John Hounshell
- Jose Torres
- Joshua Martin
- Joshua Schirmer
- Justin Barton
- Kirck Kerr
- Kyle Taylor
- Michael Reetz
- Rafael Carmona
- Ramon Paradela
- Richard Bateman
- Steve Santoro
- Tammy Rae Dvorak
- Terry Cuba
- Trenton McDonald
- William Guy

Dated: February 10, 2021

Respectfully submitted,

ANGEL SULLIVAN-BLAKE and HORACE
CLAIBORNE, on behalf of themselves and others
similarly situated

By their attorneys

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan (*pro hac vice*)
Michelle Cassorla (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
(617) 994-5800
sliss@llrlaw.com
mcassorla@llrlaw.com

Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, Pennsylvania 19025
(215) 884-2491
pwinebrake@winebrakelaw.com

Dustin T. Lujan (*pro hac vice*)
LUJAN LAW OFFICE

1603 Capitol Avenue, Suite 310 #A559
Cheyenne, WY 82001
(970) 999-4225
wyoadvocate@gmail.com

Brian Gonzales (*pro hac vice*)
THE LAW OFFICES OF BRIAN D. GONZALES,
PLLC
2580 East Harmony Road, Suite 201
Fort Collins, CO 80528
 (970) 214-0562
BGonzales@ColoradoWageLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2021, I caused a true and correct copy of the foregoing to be filed with the Court's CM/ECF system, which constitutes service on Defendant, whose counsel are registered participants on that system.

/s/ Shannon Liss-Riordan_____
Shannon Liss-Riordan