IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL SULLIVAN-BLAKE and HORACE CLAIBORNE, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant | Civil Action No. 2:18-cv-01698-CRE |

**NOTICE OF WITHDRAWAL OF OPT-IN CONSENT FORMS**

Plaintiffs hereby withdraws the Opt-In Consent Forms on behalf of the following individuals:

- Aaron Guhl
- Amanda Joy Thomas
- Andrea Dirksen
- Anthony Armstrong
- Anthony Lamar Thomas
- Bethany Butler
- Calvin Robinson
- Daniel Jonathan Beaver
- Daniel Putorek
- David Leong
- David Wayne Jackson
- Demetrius Webb
- Dennis Morelock
- Edward Reyna
- Edward Scott Owen
- Fernando Serrado
- Frank Damian Arriola
- Heather Shackett
- James Garrow
- Jesus Dorado
- Joeman Eugenio

1

- Jonathan Avalos
- Jonathan Hernandez Hiraldo
- Jordan Espinal
- Joseph Bartolomei
- Joseph Geyer
- Joshua Martin
- Julio Suriel
- Karen Elizabeth Baker
- Kenneth McNally
- Kevin Pankowski
- Kevin Pietrzak
- Lacey Metcalfe
- Melinda Smith
- Michael Ball
- Philip Dean Owens
- Rafael Apocada
- Rahul Pande
- Raul Quesada
- Rene Perez
- Ricardo Tejada
- Richard Jesus Abreu
- Richard Kilhoffer
- Roberto Roman
- Ronald Rybak
- Ryan Culley
- Samuel Torres
- Steven Diederich
- Thomas Blue
- Thomas Wiese
- Tiffany Swepson
- Todd Birkland
- Travis Dirksen
- Virgilio Diaz
- Wanda Renee Nichols
- Wilson Valerio

Dated: February 23, 2021    Respectfully submitted,

ANGEL SULLIVAN-BLAKE and HORACE CLAIBORNE, on behalf of themselves and others similarly situated

By their attorneys

*/s/ Shannon Liss-Riordan_____*
Shannon Liss-Riordan (*pro hac vice*)
Michelle Cassorla (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
(617) 994-5800
sliss@llrlaw.com
mcassorla@llrlaw.com

Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, Pennsylvania 19025
(215) 884-2491
pwinebrake@winebrakelaw.com

Dustin T. Lujan (*pro hac vice*)
LUJAN LAW OFFICE
1603 Capitol Avenue, Suite 310 #A559
Cheyenne, WY 82001
(970) 999-4225
wyoadvocate@gmail.com

Brian Gonzales (*pro hac vice*)
THE LAW OFFICES OF BRIAN D. GONZALES, PLLC
2580 East Harmony Road, Suite 201
Fort Collins, CO 80528
 (970) 214-0562
BGonzales@ColoradoWageLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2021, I caused a true and correct copy of the foregoing to be filed with the Court's CM/ECF system, which constitutes service on Defendant, whose counsel are registered participants on that system.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan