IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL SULLIVAN-BLAKE and HORACE CLAIBORNE, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>*Defendant*. | Civil Action No. 2:18-cv-01698-RJC<br><br>Judge Robert J. Colville |

## INTERVENOR, TABE TRUCKING INC.'S MOTION TO INTERVENE

TABE Trucking Inc. ("TTI"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 14(a) and 24(b), hereby moves to intervene in order to strike the notices of consent and dismiss *with prejudice* the Opt-In Plaintiffs (the "Opt-Ins") currently or formerly directly employed by TTI who do not meet the definition of the putative class. Eleven (11) Opt-In Plaintiffs never drove a vehicle with a gross vehicle weight rating of 10,000 lbs. or less while directly employed by TTI. One (1) Opt-In Plaintiff did not drive a vehicle with a gross vehicle weight rating of 10,000 lbs. or less during any work week in which he worked more than forty hours. The remaining two (2) Opt-In Plaintiffs directly employed by TTI never drove a vehicle with a gross vehicle weight rating of 10,000 lbs. or less more than a minimal amount. Furthermore, as the direct employer of the opt-ins, and the owner of the vehicles they drove, TTI is better suited to present the MCA exemption defense to this Honorable Court. FedEx Ground Systems, Inc. ("FedEx") has indicated that it may seek indemnity if TTI does not intervene in this

case, thus TTI has a substantial interest in this litigation. A memorandum in support is attached hereto, and incorporated herein by reference.

        Respectfully submitted,

        */s/ Nick A. Nykulak*
        Nick A. Nykulak (OH0075961)*
        Sean S. Kelly (OH0075442)*
        Ross, Brittain & Schonberg Co., L.P.A.
        6480 Rockside Woods Blvd. South, Suite 350
        Cleveland, OH  44131
        Telephone:  (216) 447-1551
        Facsimile:   (216) 447-1554
        Email: nnykulak@rbslaw.com
        skelly@rbslaw.com

        *Counsel for Intervenor, TABE Trucking Inc.*

        **Pro Hac Vice*

**CERTIFICATE OF SERVICE**

The undersigned does certify that on the 27th day of May 2021, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the applicable ECF registrants.

The following are those who are currently on the list to receive e-mail notices for this case:

<u>Counsel for Plaintiffs</u>:

    Michelle Cassorla,, mcassorla@llrlaw.com

    Brian Gonzales (pro hac vice), bgonzales@coloradowagelaw.com

    Mark J. Gottesfeld, mgottesfeld@winebrakelaw.com

    Shannon Liss-Riordan, sliss@llrlaw.com

    Zachary L. Rubin, zrubin@llrlaw.com

    Peter Winebrake, pwinebrake@winebrakelaw.com

<u>Counsel for Defendant, FedEx Ground Package System, Inc.</u>

    Michele O. Choe, choe@wtotrial.com

    Shanicka L. Kennedy, shanicka.kennedy@usdoj.gov

    Joseph P. McHugh, joseph.mchugh@fedex.com

    Andrew H Myers, myers@wtotrial.com

    Jessica G Scott, scott@wtotrial.com

                                                */s/ Nick A. Nykulak*
                                                  Nick A. Nykulak (0075961)
                                                  *Counsel for Intervenor, TABE Trucking Inc.*