IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HORACE CLAIBORNE, SONJIA MONIQUE BOWLIN, TYSHAWN WALKER, DEZRAE KAUHANE, WILLIE SEALS, FREDERICK EPPICH, JEROME SCHOOLFIELD, KRISTINA TRAVIS, JEREMY WINKELS, DANIEL FORRESTER, MARK DAVID GRIFFETH, DOUGLAS RUSSELL, KENNETH BURTON, GERALD GENSOLI, and THOMAS DEPPIESSE, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | CIVIL ACTION<br><br>No. 2:18-cv-01698-RJC |

**DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S CORRECTED UNOPPOSED MOTION TO DISMISS WITH PREJUDICE CERTAIN OPT-IN PLAINTIFFS WHO FAILED TO COMPLY WITH THE COURT'S DECEMBER 7, 2021, DISCOVERY ORDER**

On December 7, 2021, the Court granted Defendant FedEx Ground's unopposed motion to compel compliance with the Court's September 15, 2021, case management order, stating those opt-in Plaintiffs who failed to "provide complete questionnaire responses and complete document productions within 30 days of entry" of the order "may be dismissed with prejudice." (*See* ECF 321 (Order).) FedEx Ground now moves to dismiss with prejudice certain opt-in Plaintiffs who failed to respond to the questionnaires by the January 6, 2022, deadline.

As described below, this motion as to these 203 individuals is unopposed. However, there are other opt-in Plaintiffs that also did not comply with the Court's discovery orders just referenced. Plaintiffs disagree that the others should be dismissed, so FedEx Ground will be filing a separate opposed motion to address those individuals.

## CERTIFICATE OF CONFERRAL

On January 17 and 20, 2022, FedEx Ground's counsel conferred with Plaintiffs' counsel regarding the relief requested herein (as well as a number of other discovery opt-ins subject to the Court's orders compelling full and complete responses). Plaintiffs' counsel agreed not to oppose dismissal of the 203 discovery opt-ins that did not respond at all and that this motion addresses. Plaintiffs' counsel requested that it be noted, however, that Plaintiffs are not opposing the dismissal with prejudice of these 203 individuals "*only* because [they] recognize that the court has already ruled on this issue and that [they] intend to reserve any rights for appeal as to the dismissal of non-responders."

1

Dated:  January 21, 2022	Respectfully submitted,


                                              *s/ Jessica G. Scott*  
                                              Jessica G. Scott  
                                              Wheeler Trigg O'Donnell LLP  
                                              370 Seventeenth Street, Suite 4500  
                                              Denver, CO  80202-5647  
                                              Telephone:	303.244.1800  
                                              Facsimile:	303.244.1879  
                                              Email: scott@wtotrial.com  


                                              Joseph P. McHugh  
                                              Shanicka L. Kennedy  
                                              FedEx Ground Package System, Inc.  
                                              1000 FedEx Drive  
                                              Moon Township, PA  15108  
                                              Telephone:	(412) 859-5917  
                                                                   (412) 859-5792  
                                              Facsimile:	(412) 859-5450  
                                              Email: joseph.mchugh@fedex.com  
                                                              shanicka.kennedy@fedex.com  

                                              Attorneys for Defendant  
                                              FedEx Ground Package System, Inc.

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on January 21, 2022, I electronically filed the foregoing **DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE CERTAIN OPT-IN PLAINTIFFS WHO FAILED TO COMPLY WITH THE COURT'S DECEMBER 7, 2021, DISCOVERY ORDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Shannon Liss-Riordan**
  sliss@llrlaw.com, zrubin@llrlaw.com, courts@llrlaw.com

- **Michelle Cassorla**
  mcassorla@llrlaw.com

- **Zachary L. Rubin**
  zrubin@llrlaw.com

- **Peter Winebrake**
  pwinebrake@winebrakelaw.com

- **R. Andrew Santillo**
  asantillo@winebrakelaw.com

- **Mark J. Gottesfeld**
  mgottesfeld@winebrakelaw.com

- **Michelle L. Tolodziecki**
  tuf22843@temple.edu, mtolodziecki@winebrakelaw.com

- **Brian D. Gonzales**
  BGonzales@ColoradoWageLaw.com

- **Joseph P. McHugh**
  joseph.mchugh@fedex.com, susan.kernen@fedex.com, amy.chambers@fedex.com

- **Shanicka L. Kennedy**
  shanicka.kennedy@fedex.com, troy.rivetti@usdoj.gov, CaseView.ECF@usdoj.gov, usapaw.ecfcriminal@usdoj.gov

- **Jessica Goneau Scott**
  scott@wtotrial.com, umaguing@wtotrial.com

- **Andrew H Myers**
  myers@wtotrial.com, keitlen@wtotrial.com, halvorsen@wtotrial.com, meyer@wtotrial.com

- **Michele O. Choe**
  choe@wtotrial.com

- **Brian Ruocco**
  ruocco@wtotrial.com

- **Nick A. Nykulak**
  nnykulak@rbslaw.com, kbasta@rbslaw.com

- **Sean S. Kelly**
  skelly@rbslaw.com, kbasta@rbslaw.com

- **John R. Schneider**
  john@johnsonschneider.com, sasha@johnsonschneider.com


       *s/ Jessica G. Scott*