IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HORACE CLAIBORNE, SONIJA MONIQUE BOWLIN, TYSHAWN WALKER, DAZRAE KAUHANE, WILLIE SEALS, FREDERICK EPPICH, JEROME SCHOOLFIELD, KRISTINA TRAVIS, JEREMY WINKELS, DANIEL FORRESTER, MARK DAVID GRIFFETH, DOUGLAS RUSSELL, KENNETH BURTON, GERALD GENSOLI, and THOMAS DEPPIESSE, on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>      Defendant. | CIVIL ACTION<br><br>No. 2:18-cv-01698-RJC |

**JOINT STIPULATION TO AMEND PROPOSED ORDER GRANTING DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE CERTAIN OPT-IN PLAINTIFFS WHO FAILED TO COMPLY WITH THE COURT'S DECEMBER 7, 2021, DISCOVERY ORDER**

    Plaintiffs and Defendant FedEx Ground Package System, Inc. hereby stipulate that Brandon Guymon, an opt-in Plaintiff who had previously been subject to FedEx Ground's Corrected Unopposed Motion to Dismiss with Prejudice Certain Opt-In Plaintiffs Who Failed to Comply with the Court's December 7, 2021, Discovery Order, Dkt. 348, should not be dismissed.

    On February 10, 2022, Plaintiffs' counsel discovered that it had inadvertently not produced Mr. Guymon's signed opt-in questionnaire, which Mr. Guymon had signed in November 2021. The same day, Plaintiffs' counsel produced the questionnaire to FedEx

Ground, which has agreed to accept Mr. Guymon's response as complete. Accordingly, the parties agree that Mr. Guymon should not be dismissed.

Therefore, the parties respectfully request and stipulate that, in ruling on FedEx Ground's Motion, the Court should use the attached amended Proposed Order, rather than the Proposed Order previously filed at Dkt. 348.01.

Dated: February 11, 2022

Respectfully submitted,

  *s/ Shannon Liss-Riordan*
Shannon Liss-Riordan (pro hac vice)
Harold Lichten (pro hac vice)
Michelle Cassorla (pro hac vice)
Zach Rubin (pro hac vice)
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
Telephone:    617.994.5800
Email: sliss@llrlaw.com
       hlichten@llrlaw.com
       mcassorla@llrlaw.com
       zrubin@llrlaw.com

Peter Winebrake
Mark J. Gottesfeld
Michelle L. Tolodziecki
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, Pennsylvania 19025
Telephone:    215.884.2491
Email: pwinebrake@winebrakelaw.com

Brian Gonzales (pro hac vice)
The Law Offices of Brian D. Gonzales, PLLC
2580 East Harmony Road, Suite 201
Fort Collins, CO 80528
(970) 214-0562
bgonzales@coloradowagelaw.com

Attorneys for Plaintiffs

*s/ Jessica G. Scott*
Jessica G. Scott
Michele O. Choe
Brian T. Ruocco
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:     303.244.1800
Facsimile:      303.244.1879
Email:  scott@wtotrial.com
           choe@wtotrial.com
           ruocco@wtotrial.com

Joseph P. McHugh
Shanicka L. Kennedy
FedEx Ground Package System, Inc.
1000 FedEx Drive
Moon Township, PA  15108
Telephone:     (412) 859-5917
                       (412) 859-5792
Facsimile:      (412) 859-5450
Email:  joseph.mchugh@fedex.com
           shanicka.kennedy@fedex.com

Attorneys for Defendant
FedEx Ground Package System, Inc.