# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HORACE CLAIBORNE, SONJIA MONIQUE BOWLIN, TYSHAWN WALKER, DEZRAE KAUHANE, WILLIE SEALS, FREDERICK EPPICH, JEROME SCHOOLFIELD, KRISTINA TRAVIS, JEREMY WINKELS, DANIEL FORRESTER, MARK DAVID GRIFFETH, DOUGLAS RUSSELL, KENNETH BURTON, GERALD GENSOLI, and THOMAS DEPPIESSE, on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>      Defendant. | CIVIL ACTION<br><br>No. 2:18-cv-01698-RJC |

**DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S OPPOSED MOTION TO DISMISS WITH PREJUDICE DISCOVERY OPT-INS, FROM THE INITIAL 500, WHO FAILED TO COMPLY WITH THE COURT'S DECEMBER 7, 2021, DISCOVERY ORDER**

On December 7, 2021, the Court granted Defendant FedEx Ground's unopposed motion to compel compliance with the Court's September 15, 2021, case management order, stating those opt-in Plaintiffs who failed to "provide complete questionnaire responses and complete document productions within 30 days of entry" of the order "may be dismissed with prejudice." (*See* ECF 321 (Order).) FedEx Ground now moves to dismiss with prejudice those opt-in Plaintiffs who failed to provide complete questionnaire responses and document productions by the January 6, 2022, deadline, and still have not through the date of the filing of this motion (giving them even additional time).

## CERTIFICATE OF CONFERRAL

FedEx Ground's counsel and Plaintiffs' counsel have conferred on these issues a number of times. Plaintiffs take the position that if a discovery opt-in has at least attempted to participate in discovery, either by submitting an incomplete questionnaire or incomplete document production (or both), that those individuals should not be dismissed from the case. Plaintiffs therefore oppose the relief requested herein.

Dated:  February 14, 2022                             Respectfully submitted,


                                           *s/ David J. Schaller*
                                           Jessica G. Scott
                                           David J. Schaller
                                           Wheeler Trigg O'Donnell LLP
                                           370 Seventeenth Street, Suite 4500
                                           Denver, CO  80202-5647
                                           Telephone:     303.244.1800
                                           Facsimile:     303.244.1879
                                           Email: scott@wtotrial.com
                                           Email: schaller@wtotrial.com


                                           Joseph P. McHugh
                                           Shanicka L. Kennedy
                                           FedEx Ground Package System, Inc.
                                           1000 FedEx Drive
                                           Moon Township, PA  15108
                                           Telephone:     412.859.5917
                                                                           412.859.5792
                                           Facsimile:     412.859.5450
                                           Email: joseph.mchugh@fedex.com
                                                    shanicka.kennedy@fedex.com

                                           Attorneys for Defendant
                                           FedEx Ground Package System, Inc.

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on February 14, 2022, I electronically filed the foregoing **DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S OPPOSED MOTION TO DISMISS WITH PREJUDICE DISCOVERY OPT-INS, FROM THE INITIAL 500, WHO FAILED TO COMPLY WITH THE COURT'S DECEMBER 7, 2021, DISCOVERY ORDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Shannon Liss-Riordan**
  sliss@llrlaw.com, zrubin@llrlaw.com, courts@llrlaw.com

- **Michelle Cassorla**
  mcassorla@llrlaw.com

- **Zachary L. Rubin**
  zrubin@llrlaw.com

- **Peter Winebrake**
  pwinebrake@winebrakelaw.com

- **R. Andrew Santillo**
  asantillo@winebrakelaw.com

- **Mark J. Gottesfeld**
  mgottesfeld@winebrakelaw.com

- **Michelle L. Tolodziecki**
  tuf22843@temple.edu, mtolodziecki@winebrakelaw.com

- **Brian D. Gonzales**
  BGonzales@ColoradoWageLaw.com

- **Joseph P. McHugh**
  joseph.mchugh@fedex.com, susan.kernen@fedex.com, amy.chambers@fedex.com

- **Shanicka L. Kennedy**
  shanicka.kennedy@fedex.com, troy.rivetti@usdoj.gov, CaseView.ECF@usdoj.gov, usapaw.ecfcriminal@usdoj.gov

- **Jessica Goneau Scott**
  scott@wtotrial.com, umaguing@wtotrial.com

- **Andrew H Myers**
  myers@wtotrial.com, keitlen@wtotrial.com, halvorsen@wtotrial.com, meyer@wtotrial.com

- **Michele O. Choe**
  choe@wtotrial.com

- **Brian Ruocco**
  ruocco@wtotrial.com

- **Nick A. Nykulak**
  nnykulak@rbslaw.com, kbasta@rbslaw.com

- **Sean S. Kelly**
  skelly@rbslaw.com, kbasta@rbslaw.com

- **John R. Schneider**
  john@johnsonschneider.com, sasha@johnsonschneider.com

    *s/ David J. Schaller*
    David J. Schaller