# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HORACE CLAIBORNE, SONJIA MONIQUE BOWLIN, TYSHAWN WALKER, DEZRAE KAUHANE, WILLIE SEALS, FREDERICK EPPICH, JEROME SCHOOLFIELD, KRISTINA TRAVIS, JEREMY WINKELS, DANIEL FORRESTER, MARK DAVID GRIFFETH, DOUGLAS RUSSELL, KENNETH BURTON, GERALD GENSOLI, and THOMAS DEPPIESSE, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>        Defendant. | CIVIL ACTION<br><br>No. 2:18-cv-01698-RJC |

## ORDER GRANTING DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE CERTAIN OPT-IN PLAINTIFFS WHO FAILED TO COMPLY WITH THE COURT'S DECEMBER 7, 2021, DISCOVERY ORDER

This matter having come before the Court on Defendant FedEx Ground Package System, Inc.'s Unopposed Motion to Dismiss with Prejudice Certain Opt-In Plaintiffs Who Failed to Comply with the Court's December 7, 2021, Discovery Order, (ECF No. 348) and the Court being fully advised, it is hereby ordered that the motion is granted for the reasons set forth in the motion. As agreed to by the parties, opt-in Brandon Guymon is excluded from this order.

The opt-in Plaintiffs identified in Exhibit A to FedEx Ground's unopposed motion (ECF 349-1), with the exception of Brandon Guymon, are hereby dismissed with prejudice.

It is so ordered.

Dated this 22nd day of February, 2022.                BY THE COURT

*s/Robert J. Colville*
Robert J. Colville
United States District Judge