IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HORACE CLAIBORNE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> FEDEX GROUND PACKAGE SYSTEMS, ) <br> INC., ) <br> ) <br> Defendant. ) | 2:18-cv-01698-RJC |

## HEARING MEMO/MINUTE ENTRY

**Hearing Date:** April 2, 2024
**Time:** 9:30 a.m. – 10:00 a.m.
**Type of Conference:** Telephonic Status Conference
**Reporter:** Barbara Loch
**Deputy Clerk/Law Clerk:** Tyler Klein (Tyler_Klein@pawd.uscourts.gov)

| **Counsel for Plaintiffs** | **Counsel for Defendant** |
|---|---|
| Mark T. Gottesfeld, Esquire | Jessica Goneau Scott, Esquire |
| Zachary L. Rubin, Esquire | Joseph P. McHugh, Esquire |
| Shannon Liss-Riordan, Esquire | Celyn Whitt, Esquire |
| Peter Winebrake, Esquire | David Schaller, Esquire |
| Samuel Jacob Davis, Esquire | Shanicka L. Kennedy, Esquire |

**Orders, Remarks, Instructions**

- The Court convened a Telephonic Status Conference to discuss issues that have arisen in discovery in this matter. As discussed on the record, all discovery, as well as disputes related to discovery, are hereby stayed given the representations made during the conference.

- Counsel are hereby directed to confer to discuss the following: (1) the timing and manner in which Plaintiffs may request decertification; (2) the nature and extent of future litigation following decertification, including the identities of the remaining lead plaintiffs following decertification, any further discovery that may be warranted, and an appropriate tolling period for individual claims; and (3) motion-practice and briefing schedules related to any issue discussed during the status conference.

- After conferring, the parties shall submit a joint status report advising the Court of the results of the meet and confer process. The parties shall also submit either: (1) a joint proposed updated case

1

management order setting forth future deadlines for any topic discussed during the status conference; or (2) competing proposed case management orders setting forth future deadlines for any topic discussed during the status conference. These documents shall be filed by **April 30, 2024.**

- A telephonic status conference is hereby scheduled for **May 2, 2024 at 9:30 a.m.**