IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HORACE CLAIBORNE, et al., on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | No. 2:18-cv-01698-RJC |

## ORDER GRANTING PLAINTIFFS' MOTION FOR DECERTIFICATION AND GRANTING TOLLING

This matter, having come before the Court on Plaintiffs' Motion for Decertification, and the Court having reviewed the pertinent filings and being fully advised, hereby orders that the Motion is GRANTED.

The Court hereby dismisses without prejudice from this case the remaining opt-in Plaintiffs. The named Plaintiffs' claims will remain pending before this Court at this time.[1]

Pursuant to the agreement of the parties, the Court hereby grants the dismissed opt-ins continued tolling of the statute of limitations through August 6, 2024, in which to pursue their claims.

SO ORDERED, this 2nd day of May, 2024.

BY THE COURT

/s/Robert J. Colville
_____
Honorable Robert J. Colville
United States District Judge

---

[1] The remaining named plaintiffs (whose claims will not be dismissed) are: Horace Claiborne, Sonjia Bowlin, Tyshawn Walker, Willie Seals, Frederick Eppich, Jerome Schoolfield, Kristina Travis, Jeremy Winkels, Arthur Foster III, Ernesto Diaz, Gerald Gensoli, and Thomas Deppiesse.